**Opinion issued January 23, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00746-CV**

———————————

**IN RE PETER SHAPER, Relator**

**Original Proceeding on Petition for Writ of Mandamus**

## MEMORANDUM OPINION

Relator, Peter Shaper, filed a petition for writ of mandamus challenging the trial court's September 27, 2024 order denying relator's "Amended Motion for Leave to Designate Responsible Third Parties."[1] Relator also filed an "Emergency Motion for Temporary Relief," requesting that the Court "stay all trial proceedings

---

[1] The underlying case is *Catherine E. Youngman, in her capacity as Class 3 Trustee for the Speedcast SFA Lenders' Litigation Trust v. Peter Shaper*, Cause No. 2022-01305, in the 61st District Court of Harris County, Texas, the Honorable Lee Kathryn Shuchart presiding.

in the underlying matter," including an October 7, 2024 pre-trial conference and October 14, 2024 trial setting, pending the Court's disposition of the petition for writ of mandamus.

On October 4, 2024, the Court granted relator's motion for temporary relief, in part, staying the October 7, 2024 pre-trial conference and the October 14, 2024 trial setting. On December 3, 2024, counsel for relator notified the Court that the parties had reached a settlement agreement, and that after all settlement documents had been executed, relator would file a motion to dismiss this original proceeding.

On January 13, 2025, relator filed an "Unopposed Motion to Voluntarily Dismiss Petition for Writ of Mandamus." In the motion, relator stated that the parties had "fully executed [their] settlement, rendering this mandamus action unnecessary." Accordingly, relator requested that the "Court dismiss this original proceeding."

Relator's motion includes a certificate of conference stating that real party in interest, Catherine E. Youngman, in her capacity as Class 3 Trustee for the Speedcast SFA Lenders' Litigation Trust, is unopposed to the relief requested in relator's motion to dismiss. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, we lift the stay imposed by our October 4, 2024 order, grant relator's motion, and dismiss the petition for writ of mandamus. All other pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Guerra, Caughey, and Morgan.